**Leo L. PAYNE, Plaintiff–Appellant,**

v.

**S. Randolph SENGEL, Chief Commonwealth Attorney, Alexandria, Virginia; Steven Escobar, Police Officer, Alexandria Police Department, Defendants–Appellees.**

No. 13–2151.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 23, 2013.

Leo Lionel Payne, Appellant Pro Se.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Lionel Payne appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Payne v. Sengel,* No. 3:12–cv–00852–JRS, 2013 WL 4759060 (E.D.Va. Sept. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*